UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILECIA WHITING,

    Plaintiff,

v.

NAVY FEDERAL CREDIT UNION,

    Defendant.

Case No. 24-cv-11223

Honorable Robert J. White

**JUDGMENT**

The Court has dismissed the complaint without prejudice.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiff. Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT

By:/s/Tara Villereal_____
Deputy Clerk

September 17, 2024

Approved: s/Robert J. White_____
Robert J. White
United States District Judge